CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
REGINO BAUTISTA-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINO BAUTISTA-GONZALEZ,<br><br>Defendant. | Case No. 2: 09-CR-401 FCD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   February 22, 2011<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant REGINO BAUTISTA-GONZALEZ, that the sentencing scheduled for February 22, 2011, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on March 28, 2011, at 10:00 a.m. for judgment and sentencing. Defense counsel seeks additional time to prepare and confer with Mr. Bautista-Gonzalez so that the defense can provide meaningful input for the preparation of the Presentence Report by the Probation Office.

//
//
//
//

StipCont022211rev.doc
02/22/11

- 1 -

|   |   |   |   |
|---|---|---|---|
| DATED: | February 18, 2011 | By: | BENJAMIN B. WAGNER<br>United States Attorney<br>/S/     Samuel Wong_____<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

/S/     Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Regino Bautista-Gonzalez

## **ORDER**

The Court having received, read, and considered the parties' stipulation and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  IT IS SO ORDERED.

It is further ordered that the judgment and sentencing in the above-entitled matter, scheduled for February 22, 2011, at 10:00 a.m., shall be vacated and the matter continued to March 28, 2011, at 10:00 a.m. for judgment and sentencing.

This 22nd day of February, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE