CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
REGINO BAUTISTA-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGINO BAUTISTA-GONZALEZ,<br><br>　　　　Defendant. | Case No. 2: 09- CR-401 FCD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　March 28, 2011<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant REGINO BAUTISTA-GONZALEZ, that the sentencing scheduled for March 28, 2011, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on June 6, 2011, at 10:00 a.m. for judgment and sentencing.  Defense counsel seeks additional time to prepare and confer with Mr. Bautista-Gonzalez so that the defense can provide meaningful input for the preparation of the Presentence Report by the Probation Office.

//
//
//
//

StipCont032811.doc
03/25/11

- 1 -

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
| DATED: | March 24, 2011 | By: /S/     Samuel Wong |
|   |   | SAMUEL WONG |
|   |   | Assistant U.S. Attorney |
|   |   | Attorney for Plaintiff |

/S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Regino Bautista-Gonzalez

## ORDER

The Court having received, read, and considered the parties' stipulation and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  IT IS SO ORDERED.

It is further ordered that the judgment and sentencing in the above-entitled matter, scheduled for March 28, 2011, at 10:00 a.m., shall be vacated and the matter continued to **June 6, 2011, at 10:00 a.m.** for judgment and sentencing.

This 25th day of March, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE